# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Susan Chasing Hawk, | ) | Case No. 1:07-mj-051 |
| | ) | |
| Defendant. | ) | |

_____

The court **GRANTS** the government's Motion for Leave to File Dismissal (Docket No. 3) and **ORDERS** that the complaint against the Defendant be **DISMISSED**.

Dated this 4th day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge